IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| QUAWI SMITH | : | CIVIL ACTION |
| vs. | : | |
| MICHAEL OVERMYER, et al. | : | NO. 16-4762 |

# **O R D E R**

**AND NOW**, this 22nd day of June, 2018, upon careful and independent consideration of the petition for a writ of habeas corpus, and after review of the Report and Recommendation of United States Magistrate Judge Marilyn Heffley, it is **ORDERED** that:

1. The objections to the Report and Recommendation are **OVERRULED**.

2. The Report and Recommendation is **APPROVED** and **ADOPTED**.

3. The petition for a writ for habeas corpus is **DENIED** with prejudice.

4. There is **no** probable cause to issue a certificate of appealability.

5. The Clerk of Court shall mark this case **CLOSED**.

.

BY THE COURT:


/s/ Robert F. Kelly
ROBERT F. KELLY,    Sr. J.